IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARK C. PALETTI, et al.,

    Plaintiffs,

v.                                              CASE NO. 1:08cv209-SPM/AK

YELLOW JACKET MARINE, INC.,
et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 59) dated January 6, 2010. Plaintiffs were furnished a copy, and have filed a document (doc. 60) titled "Plaintiff's Notice of Voluntary Dismissal" (doc. 60) that concedes to the dismissal of § 1983 claims, but asks that the case proceed on their motion for declaratory judgment.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted with all claims dismissed for failure to state a claim and lack of jurisdiction. As explained in the report and recommendation, federal court is not a last resort for litigants unhappy with state court judgments. Powell v. Powell, 80 F.3d 464, 466-67 (11th Cir. 1996). Based

on the foregoing, it is

ORDERED AND ADJUDGED:

1. The report and recommendation (doc. 59) is adopted and incorporated by reference in this order.

2. Defendants' motions (docs. 23, 26, 28, 39, and 41) are granted.

3. Plaintiffs' motion for declaratory judgment (doc. 45) is denied.

4. This case is dismissed for failure to state a claim and lack of jurisdiction.

DONE AND ORDERED this 25th day of January, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge